1  Scott J. Sagaria (State Bar No. 217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   Sagaria Law P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6                                                                                    8/11/2015

*IT IS SO ORDERED*
*Judge Edward J. Davila*

7                          UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

9

10  MICHELE MCGEE,                              Case No. 5:15-cv-03124-EJD

11              Plaintiff,                      **PLAINTIFF'S NOTICE OF VOLUNTARY
                                                DISMISSAL OF DEFENDANT CREDIT
12       vs.                                    ONE BANK PURSUANT TO FEDERAL
                                                RULE OF CIVIL PROCEDURE 41(A)(1)**
13  EXPERIAN INFORMATION SOLUTIONS,
    INC., el. al.
14              Defendants.

15

16

17       **PLEASE TAKE NOTICE** that Plaintiff Michele McGee, pursuant to Federal rule of Civil

18  Procedure 41(a)(1), hereby voluntarily dismisses Defendant Credit One Bank as to all claims in

19  this action.

    Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:
20
    41(a) Voluntary Dismissal.
21
         (1) By the Plaintiff.
22
              (a) *Without a Court Order.* Subject to Rules 23(3), 23.1(c), 23.2, and 66 and
23
              any applicable federal statute, the plaintiff may dismiss an action without a
24
              court order by filing:
25
                   (1)  a notice of dismissal before the opposing party service either an
26
                   answer or a motion for summary judgment.
27
    Defendant Credit One Bank has neither answered Plaintiff's Complaint, nor filed a motion
28

---

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CREDIT ONE BANK

1  for summary judgment.  Accordingly, the matter may be dismissed against it for all purposes and
2  without an Order of the Court.

4  DATED:  August 10, 2015            SAGARIA LAW
                                      A Professional Corporation

                                      By:  ___/s/Elliot W. Gale_____
                                                 Elliot W. Gale

                                      Attorneys for Plaintiff Michele McGee

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CREDIT ONE BANK