1  Scott J. Sagaria (State Bar No. 217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   Sagaria Law P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6

*IT IS SO ORDERED*
*Judge Edward J. Davila*
DATED: 8/31/2015

7                    UNITED STATES DISTRICT COURT

8          NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

9

10 | MICHELE MCGEE,                          | Case No. 5:15-cv-03124-EJD
11 |          Plaintiff,                     | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT COMENTIY BANK PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)**
12 |     vs.                                 |
13 | EXPERIAN INFORMATION SOLUTIONS, INC., el. al.
14 |          Defendants.                    |

15

16
17   **PLEASE TAKE NOTICE** that Plaintiff Michele McGee, pursuant to Federal rule of Civil
     Procedure 41(a)(1), hereby voluntarily dismisses Defendant Comenity Bank as to all claims in this
18   action.
19   Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:
20   41(a) Voluntary Dismissal.
21        (1) By the Plaintiff.
22            (a) *Without a Court Order.* Subject to Rules 23(3), 23.1(c), 23.2, and 66 and
23            any applicable federal statute, the plaintiff may dismiss an action without a
24            court order by filing:
25                 (1) a notice of dismissal before the opposing party service either an
26                 answer or a motion for summary judgment.
27   Defendant Comenity Bank has neither answered Plaintiff's Complaint, nor filed a motion
28

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT COMENITY BANK

1  for summary judgment.  Accordingly, the matter may be dismissed against it for all purposes and
2  without an Order of the Court.

3

4  DATED:  August 27, 2015           SAGARIA LAW
                                     A Professional Corporation
5

6
                                     By:    /s/Elliot W. Gale
7                                                Elliot W. Gale
8
                                     Attorneys for Plaintiff Michele McGee
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT COMENITY BANK