Case 5:15-cv-03124-EJD   Document 26   Filed 08/31/15   Page 1 of 2

Scott J. Sagaria (State Bar No. 217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
Sagaria Law P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

IT IS SO ORDERED
Judge Edward J. Davila
DATED: 8/31/2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| MICHELE MCGEE,<br><br>       Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., el. al.<br><br>       Defendants. | Case No. 5:15-cv-03124-EJD<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDAT EQUIFAX, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Michele McGee, pursuant to Federal rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant Equifax, Inc. as to all claims in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal.

    (1) By the Plaintiff.

        (a) *Without a Court Order.* Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

            (1) a notice of dismissal before the opposing party service either an answer or a motion for summary judgment.

Defendant Equifax, Inc. has neither answered Plaintiff's Complaint, nor filed a motion for

1 | summary judgment.  Accordingly, the matter may be dismissed against it for all purposes and
2 | without an Order of the Court.

4 | DATED:  August 27, 2015                SAGARIA LAW
                                           A Professional Corporation

7 |                                        By:    /s/Elliot W. Gale
                                                     Elliot W. Gale

                                           Attorneys for Plaintiff Michele McGee