1  Scott J. Sagaria (State Bar No. 217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   Sagaria Law P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6



IT IS SO ORDERED
Judge Edward J. Davila
DATED: 9/11/2015

7               UNITED STATES DISTRICT COURT

8          NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

9

10 | MICHELE MCGEE,                        | Case No. 5:15-cv-03124-EJD
11 |          Plaintiff,                   | **PLAINTIFF'S AMENDED NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT WELLS FARGO DEALER SERVICES, A DIVISION OF WELLS FARGO BANK, N.A. FOR ITSELF AND AS SUCCESSOR TO WACHOVIA DEALER SERVICES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)**
12 |     vs.
13 | EXPERIAN INFORMATION SOLUTIONS, INC., el. al.
14 |          Defendants.

15

16

17

18

19     **PLEASE TAKE NOTICE** that Plaintiff Michele McGee, pursuant to Federal rule of Civil

20 Procedure 41(a)(1), hereby voluntarily dismisses Defendant Wells Fargo Dealer Services, a

21 Division of Wells Fargo Bank, N.A. for itself and as successor to Wachovia Dealer Services

22 (hereinafter "Wells Fargo") as to all claims in this action.

23     Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

24     41(a) Voluntary Dismissal.

25         (1) By the Plaintiff.

26             (a) *Without a Court Order.* Subject to Rules 23(3), 23.1(c), 23.2, and 66 and

27             any applicable federal statute, the plaintiff may dismiss an action without a

28             court order by filing:

---

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT

(1) a notice of dismissal before the opposing party service either an answer or a motion for summary judgment.

Defendant Wells Fargo has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

DATED: September 10, 2015        SAGARIA LAW
                                 A Professional Corporation


                                 By:    /s/Elliot W. Gale
                                            Elliot W. Gale

                                 Attorneys for Plaintiff Michele McGee