UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHELLE MCGEE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAPITAL ONE FINANCIAL CORPORATION, et al.,<br><br>　　　　Defendants. | Case No.  5:15-cv-03124-EJD<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

　　As Plaintiff has sufficiently demonstrated service of process on Defendant Nordstrom FSB, the Order to Show Cause issued on September 23, 2015, is DISCHARGED.

**IT IS SO ORDERED.**

Dated:  October 9, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge