

|   |   |
|---|---|
| 1 | Scott Sagaria (State Bar No.217981) |
|   | Elliot Gale (State Bar No. 263326) |
| 2 | Joe Angelo (State Bar No. 268542) |
|   | SAGARIA LAW, P.C. |
| 3 | 2033 Gateway Place, 5th Floor |
|   | San Jose, California 95110 |
| 4 | Telephone: (408) 279-2288 |
|   | Facsimile: (408) 279-2299 |

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| MICHELLE MCGEE, | Federal Case No.: 5:15-CV-03124-EJD |
|---|---|
| Plaintiff, |  |
| vs. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT WACHOVIA DEALER SERVICES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |
| EQUIFAX, INC.; et. al., |  |
| Defendants. |  |

**PLEASE TAKE NOTICE** that Plaintiff Michelle McGee, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant Wachovia Dealer Services as to all claims in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

    (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (1) a notice of dismissal before the opposing party serves either an answer

1 | or a motion for summary judgment.

2 | Defendant Wachovia Dealer Services has neither answered Plaintiff's Complaint, nor filed
3 | a motion for summary judgment. Accordingly, the matter may be dismissed against it for all
4 | purposes and without an Order of the Court.

6 | Dated: October 26, 2015                               Sagaria Law, P.C.

By:   */s/ Elliot W. Gale*
            Elliot W. Gale
Attorneys for Plaintiff
Michelle McGee